# United States District Court, Northern District of Illinois

/1 /1 /v

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 1313 | **DATE** | 5/6/2009 |
| **CASE TITLE** | Curtis Flowers vs. City of Chicago, et al | | |

**DOCKET ENTRY TEXT**

Enter Qualified HIPAA and Confidential Matter Protective Order. Status hearing held and continued to 10/7/2009 at 10:00AM. Fact discovery ordered closed 10/5/2009.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | RJ |
|---|---|---|