THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CURTIS FLOWERS, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| vs. | ) | Case No. 09 cv 1313 |
| | ) | Judge Gottschall |
| CITY OF CHICAGO, Chicago Police | ) | Magistrate Judge Nolan |
| Officers JASON JOHNSON, Star 3236, and | ) | |
| LATONYA CUYLER, Star 19753, | ) | |
| | ) | |
| *Defendants.* | ) | |

**AGREED MOTION FOR EXTENSION OF TIME
TO COMPLETE FACT DISCOVERY**

The defendants, Jason Johnson, Latonya Cuyler, and the City of Chicago, with the agreement of the plaintiff, Curtis Flowers, hereby request that this Honorable Court grant an extension of time for the completion of fact discovery in this matter. In support of this motion, the defendants states as follows:

1. The plaintiff filed his original complaint in this matter, naming unknown police officer defendants, on March 2, 2009. (Dkt. 1). On May 6, 2009, this Honorable Court set a discovery cutoff date of October 5, 2009. (Dkt. 16).

2. Since that time, the defendants have changed counsel in this matter, and that change has caused inevitable delays in conducting discovery. Additionally, various protective orders have been entered in this matter (Dkt. 17 & 24), and the process of obtaining various documents to be produced subject to the terms of those orders has also created delays. Despite these delays, the parties have exchanged written discovery, and have begun the process of scheduling depositions.

2

      3.      Due to the aforementioned delays, the parties do not believe that they will be in a position to complete this discovery by the October 5, 2009 deadline. The parties believe that a ninety (90) day extension of all of the current deadlines will provide them with enough time to complete fact discovery and move forward with this litigation. This extension, if granted, would set the close of fact discovery January 4, 2010.

      4.      This extension is not being requested to create undue delay. The parties believe that this extension will allow them to complete all fact discovery in this matter. This agreed motion will not prejudice any party to this litigation.

Based on the foregoing, the parties in this matter, by agreement, respectfully request that this Honorable Court grant a ninety (90) extension of time to allow for the completion of fact discovery.

                                        Respectfully submitted,

                                        /s/Brian P. Gainer
                                        One of the Attorneys for the Defendants

Frank P. Nowicki
Brian P. Gainer
Johnson & Bell, Ltd.
33 W. Monroe, Suite 2700
Chicago, Illinois 60603
(312) 372-0770 (Phone)
(312) 372-9818 (Facsimile)